**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: 8/20/09

LOS ANGELES
SUPERIOR
AUG 2 1 2009
REC'D ROOM 102

LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET
CIVIL FILING UNIT ROOM 102
LOS ANGELES, CA 90012

Re:  Case Number: CV 09-04380 SVW (Ex)

Previously Superior Court Case No. BC 413726

Case Name: HORACE M. THOMPSON VS PAYLESS SHOESOURCE, INC.,

Dear Sir / Madam:
    Pursuant to this Court's ORDER OF REMAND issued on 8/18/09                    , the
above-referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this
Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it
to our office. Thank you for your cooperation.

                          Respectfully,

                          Clerk, U. S. District Court

                          By: L Chai

                          Deputy Clerk   213-894-5730

                          ☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                          Clerk, Superior Court

August 21, 2009           By:
Date                          Deputy Clerk

---

CV - 103 (09/08)          **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**